# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

In the Matter of the Personal Restraint of

JAMES C. BRADFORD

Petitioner.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 71389-2-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: JUL 7 2014

PER CURIAM — James Bradford filed this personal restraint petition challenging the imposition of a term of community custody following his conviction under King County cause No. 11-1-02936-7. The State concedes that the length of the combined term of confinement and community custody exceeded the statutory maximum for the crimes and that the community custody term must therefore be vacated.

The State's concession is well taken. Accordingly, we grant the petition and remand the matter to the trial court to strike the term of community custody. See RCW 9.94A.701(9); State .v Boyd, 174 Wn.2d 470, 275 P.3d 321 (2012).

For The Court: